UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15 CV-21441

MIRNA LETICIA GARCIA LOPEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
  )
    Plaintiff, )
  vs. )
  )
SABOR LATINO RESTAURANT CORP., )
NICOLAS H RUIZ, )
FACTO RUIZ, )
NORMA E MARAZZI, )
  )
    Defendants. )
_____

## STATEMENT OF CLAIM

Plaintiff Mirna Leticia Garcia Lopez, by and through the undersigned counsel and hereby files her Statement of Claim as follows:

I. **The First Period of Time**

 a. **Overtime First Time Period**

  1. Period of Claim: October 27, 2010 through June 13, 2014: 189 weeks

  2. Regular hourly pay rate: $2.10

  3. Approximate hours worked over 40 per week:  6

  4. Applicable hourly wage: $ 7.25/hr  ( based on Federal minimum wage)

  5. Applicable time and half rate: $7.25/hr x $1.5= $10.87

  6. Difference owed to plaintiff: $10.87 - $2.10 = $8.77

  7. Calculation of overtime wages owed: $8.87/hr x 6/hrs per week x 189 weeks = $10, 058.58

        8.     *Double Damages: $10, 058.58 x 2 = $20,117.16*

   b.   **Minimum Wage First Time Period**

        1.     Period of Claim:      October 27, 2010 through June 13, 2014: 189 weeks

        2.     Regular pay rate: $ 2.10 per hour.

        3.     Total hours worked:  46

        3.     Applicable Federal minimum wage: $7.25/hr

        4.     Difference owed:     $5.15/hr

        6.     Calculation of minimum wage owed:  189 weeks x 46 hours x $5.15 per hour = $44, 774.10

        7.     *Double Damages: $44, 774.10 x 2 = $89, 548.20*

**II.**    **The Second Period of Time**

   a.   **Overtime**

        1.     Period of Claim:      June 14, 2014 through January 24, 2015: 32 weeks

        2.     Regular hourly pay rate:     $2.50/hr

        3.     Approximate hours worked over 40 hours a week: 12.5

        4.     Applicable hourly wage: $ 7.25/hr (based on Federal minimum wage)

        5.     Applicable time and half rate: $ 7.25/hr x 1.5 = $10.87/hr

        6.     Difference owed to plaintiff: $ 8.37

        7.     Calculation of overtime wages owed: $8.37/hr x 12.5 hrs/week x 32 weeks = $3,348.00

        8.     *Double Damages: $3,348.00 x 2 =$6,696.00*

   b.   **Minimum Wage**

        1.     Period of Claim:      June 14, 2014 through January 24, 2015: 32 weeks

        2.     Regular pay rate: $ 2.50 per hour.

        3.     Total hours worked: 52.5

        4.     Federal minimum wage: $7.25/hr

5.      Difference owed:        $4.75/hr

6.      Calculation of minimum wages owed: 32 weeks x 52.5 hrs per week x
        $4.75/hr = $7,980.00

7.      *Double damages:        $7,980.00 x 2 = $15,960.00*

**III.    Total Claim for Both Periods of Time**

**Total Claim:  $132,321.36**

**Dated** May 5,  2015.                              Respectfully submitted,

                                             __/s/Steven C. Fraser__
                                             Steven C. Fraser, Esq.
                                              Fla. Bar No. 625825
                                             J.H. Zidell, P.A.
                                             Attorney for Plaintiff
                                             300 71st Street #605
                                              Miami Beach, Florida 33141
                                             Tel: (305) 865-6766
                                             Fax: (305) 865-7167
                                             Email: steven.fraser.esq@gmail.com

CERTIFICATE OF SERVICE


I hereby certify that on May 5, 2015, I electronically filed the Statement of Claim with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.


> __/s/Steven C. Fraser__
> Steven C. Fraser, Esq.
>  Fla. Bar No. 625825
> J.H. Zidell, P.A.
> Attorney for Plaintiff
> 300 71st Street #605
>  Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> Email: steven.fraser.esq@gmail.com


SERVICE LIST


As of May 5, 2015, no attorneys' have filed an appearance.